UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PEDRO SANCHEZ VEGA, | § | |
| Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-02-211 |
| VS. | § | |
| | § | CRIMINAL NO. B-01-293-001 |
| UNITED STATES OF AMERICA, | § | |
| Defendant-Respondent. | § | |

ORDER

Petitioner, Pedro Sanchez Vega, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. Petitioner will be allowed to proceed in Forma Pauperis. The United States Government is hereby ordered to file a response by December 16, 2002.

DONE at Brownsville, Texas, this 1st day of November, 2002.

John Wm. Black
United States Magistrate Judge