IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEDRO SANCHEZ-VEGA,<br>　　Petitioner-Defendant, | § § § | |
| v. | § | CA B-02-211 |
| | § | |
| UNITED STATES OF AMERICA,<br>　　Respondent-Plaintiff. | § § § | |

## ORDER

The Court, having considered Sanchez' Motion to Vacate Sentence (Doc. 1), the Government's Response (Doc. 3), and Sanchez' Memorandum of Law (Doc.5), concludes that dismissal is warranted for the following reasons:

(1) The motion is untimely;

(2) Sanchez has failed to overcome the jurisdictional burden of demonstrating cause for failure to pursue his claim on direct appeal;

(3) Sanchez fails to demonstrate any prejudice as a result of the complained of deficiencies or his actual innocence;

(4) Sanchez fails to show his attorney's performance was deficient or that he suffered any prejudice therefrom; and

(5) Even if the merits were reached, the record refutes the substance of each of his claims.

Sanchez' Motion is hereby DISMISSED.

DONE this 6th day of February, 2002, at Brownsville.

　　　　　　　　　　　　　　　　　　　　　　　　Filemon B. Vela
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge